[No. 31662-9-III.   Division Three.   November 25, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS J. PATTEN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-1-02897-5, Annette S. Plese, J., entered April 25, 2013. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Fearing, J.

[No. 31779-0-III.   Division Three.   November 25, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL J. PRICE, *Petitioner*.

Appeal from a judgment of the Superior Court for Grant County, No. 10-1-00560-1, Evan E. Sperline, J., entered June 4, 2013. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Korsmo and Fearing, JJ.

[No. 31920-2-III.   Division Three.   November 25, 2014.]

*In the Matter of the Marriage of* JENNY M. BUCKLEY, *Appellant*, and JOHN T. BUCKLEY, *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 04-3-00285-5, John W. Lohrman, J., entered August 9, 2013. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing and Lawrence-Berrey, JJ.